IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ANNIE ROBINSON, Individually and on**
**Behalf of the Wrongful Death Beneficiaries**
**of ANTONIO DAVIS, Deceased**                                            **PLAINTIFF**

**VS.**                          **CIVIL ACTION NO. 3:08-cv-153-WHB-LRA**

**AMERICAN MEDICAL RESPONSE, INC.,**
**and John Does 1-5**                                                       **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and for the reasons stated into the record during the February 19, 2010, hearing in this case, this case is hereby dismissed with prejudice.

SO ORDERED this the 24th day of February, 2010.

                                                     s/ William H. Barbour, Jr.
                                                     UNITED STATES DISTRICT JUDGE